**Order entered January 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00249-CR

**OCTAVIO PUENTE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F16-55240-K**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the October 29, 2018 motion of Lawrence B. Mitchell for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Lawrence B. Mitchell as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Octavio Puente, TDCJ No. 02186337, Coffield Unit, 2661 FM 2054, Tennessee Colony, Texas, 75884.

/s/     LESLIE OSBORNE
         JUSTICE